# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA DE LA ROSA,<br><br>　　　　　Defendant. | Case No.  1:14-cr-00132-SAB<br><br>ORDER REQUIRING DEFENDANT TO PROVIDE FINANCIAL RECORDS AND DOCUMENTATION OF COMMUNITY SERVICE |

　　　Defendant Christina De La Rosa entered a plea in this action on October 16, 2014 to theft of public money and was sentenced to 12 months of unsupervised probation; a fine of $500.00; restitution of $18,073.33; a special assessment of $25.00; and 100 community service hours to be completed by September 17, 2015.  Defendant was to make payments of $25.00 per month commencing on November 1, 2014.  A review hearing is set for September 17, 2015.  On September 3, 2015, Defendant filed a status report indicating that she has only paid $225.00 with the last payment made on July 16, 2015, and has performed 90 hours of community service.

　　　Based on Defendant's lack of compliance with regard to the obligation to make monthly payments, Defendant shall provide to the Court all her financial records, including but not limited to copies of all bank statements, credit card statements, check registers, pay stubs, public assistance payments, etc. from July 2015 to the present.

　　　Additionally, Defendant shall provide documentation of all community service hours

completed to date on the form provided by the Court. The form can be found at the United States District Court for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB) in the area entitled "Misdemeanor/CVB" "Standard Forms" and then "Community Service Verification".

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall personally appear at the September 17, 2015 hearing;

2. On or before September 11, 2015, Defendant shall file copies of all financial records from the date of sentencing to the present;

3. On or before September 11, 2015, Defendant shall submit to the Court's Courtroom Deputy a fully completed Community Service Verification (CAED (Fresno)- Misd.7) with a copy to the Government;

4. Pursuant to 18 U.S.C. § 3771(a), the Government shall notify all victims associated with this case of the September 17, 2015 hearing through their Victim Notification System; and

5. Failure to comply with this order will result in a revocation of Defendant's probation.

IT IS SO ORDERED.

Dated:   **September 4, 2015**

UNITED STATES MAGISTRATE JUDGE